

Eastern District of Kentucky
FILED
MAY 26 2022
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

UNITED STATES OF AMERICA

V.                                        INDICTMENT NO. 7:22-CR-10-REW

MICHAEL NOLAN SLONE

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about March 11, 2021, in Knott County, in the Eastern District of Kentucky,

**MICHAEL NOLAN SLONE**

did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

Before **MICHAEL NOLAN SLONE** committed the offense charged in this count, **MICHAEL NOLAN SLONE** had a final conviction for a serious violent felony, namely, a conviction under Kentucky Revised Statute § 511.020, first-degree burglary, for which he served more than 12 months of imprisonment.

### COUNT 2
### 18 U.S.C. § 924(c)(1)(A)

On or about March 11, 2021, in Knott County, in the Eastern District of Kentucky,

MICHAEL NOLAN SLONE

did knowingly possess a firearm in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, as set forth in Count 1, that is, possession with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. § 841(a)(1), all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 3
## 18 U.S.C. § 922(g)(1)

On or about March 11, 2021, in Knott County, in the Eastern District of Kentucky,

MICHAEL NOLAN SLONE,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, that is a Rock River Arms, Model LAR-15M, multi-caliber rifle with obliterated serial number; and a Ruger, Model P345, .45 caliber pistol, with serial number 664-23643, and the firearms were in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

## COUNT 4
## 18 U.S.C. § 922(k)

On or about March 11, 2021, in Knott County, in the Eastern District of Kentucky,

MICHAEL NOLAN SLONE

knowingly possessed a firearm, that is a Rock River Arms, Model LAR-15M, multi-caliber rifle, that had been shipped and transported in interstate commerce, from which the manufacturer's serial number had been removed, altered and obliterated, all in violation of 18 U.S.C. § 922(k).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

In committing the offense alleged in Counts 2, 3, and 4 of this Indictment, the below-listed firearms are subject to forfeiture pursuant to 18 U.S.C. § 924(d).

In committing the offense alleged in Count 1 of this Indictment, the same being punishable by imprisonment for more than one year, the defendant used and intended to use the below-described property to commit and to facilitate the commission of the said controlled substance violation, and the below-described property constitutes proceeds obtained directly and indirectly as a result of the commission of the aforesaid violations of 21 U.S.C. § 841(a)(1), including, but not limited to, the following property seized from **MICHAEL NOLAN SLONE** on March 11, 2021:

### CURRENCY:

1. $3,408.00.

### FIREARMS AND AMMUNITION:

1. Rock River Arms, Model LAR-15M, multi-caliber rifle with obliterated serial number;
2. Ruger, Model P345, .45 caliber pistol, with serial number 664-23643, and
3. Any and all ammunition and accessories seized in conjunction with or attached to the above-listed firearms.

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest **MICHAEL NOLAN SLONE** has in the above-described property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461.

A TRUE BILL

FOREPERSON

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

### Count 1:

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

> **If Prior Serious Violent or Drug Felony Conviction:**
> Not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

### Count 2:

Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

### Count 3:

Not more than 10 years imprisonment, not more than a $250,000 fine, and not more than 3 years of supervised release.

### Count 4:

Not more than 5 years imprisonment, not more than a $250,000 fine, and not more than 3 years of supervised release.

PLUS:   Mandatory special assessment of $100 per count.

PLUS:   Restitution, if applicable.

PLUS:   Forfeiture of listed items.